901 A.2d 980

**Bruce L. SMITH and All Others Similarly Situated, Appellant**

v.

**Honorable Pedro A. CORTEZ, Secretary of State of the Commonwealth of Pennsylvania, Appellee.**

Supreme Court of Pennsylvania.

May 24, 2006.

## *ORDER*

PER CURIAM.

AND NOW, this 24th day of May, 2006, the order of the Commonwealth Court is AFFIRMED.

901 A.2d 980

**Edward FISHER, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

**No. 41 EAP 2005.**

Supreme Court of Pennsylvania.

May 24, 2006.

## *ORDER*

PER CURIAM.

AND NOW, this 24th day of May, 2006, the Order of the Commonwealth Court is AFFIRMED.